[No. 9060–1–II. Division Two. February 18, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
O. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 84–1–00161–8, Robert L. Charette, J.,
entered August 5, 1985. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Reed, C.J., and
Petrich, J.

[No. 7493–5–III. Division Three. February 19, 1987.]

THOMAS C. GALLOWAY, *Appellant*, v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84–2–00610–7, Michael E. Donohue, J.,
entered December 16, 1985. *Reversed* by unpublished opin-
ion per Munson, J., concurred in by McInturff, C.J., and
Thompson, J.

[No. 7367–0–III. Division Three. February 19, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
GALLEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 85–1–00013–0, Clinton J. Merritt, J., entered
September 13, 1985. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by McInturff, C.J., and Green,
J.